In re Estate of Michael Harrigan, deceased.

Kalista Moobery et al., appellees, v. Christopher Harrigan et al., appellants. Gen. No. 7,222.

Petition for recovery of $127.25 erroneously paid to administrator of estate. Judgment for petitioners. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at April term, 1923, Affirmed. Opinion filed January 7, 1924.

Henry Mansfield and David J. Cowan, for appellants. Bruce E. Dwinell, for appellees; John M. Elliott and O. P. Westervelt, of counsel.

Mr. Justice Jones delivered the opinion of the court.